**Bankruptcy Phase III – Functional Design Document**
**Appendix J4 – Withdrawal Letter**

UNITED STATES BANKRUPTCY COURT
255 East Temple Street
LOS ANGELES, CA 90012-3332



FILED
MAY 10 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In Re: KENNETH S. WONG

Case Number: 09-26129

BANK OF AMERICA filed a claim on: 12/30/09 for claim # 1

Account number: 7299

Chapter: 7

This claim was: secured

Please WITHDRAW that claim, which was submitted for $ 94,810.59.

Sincerely,

Robin Quick
Bankruptcy Support Specialist

Enclosures

## STATEMENT OF ACCOUNTS

| | |
|---|---|
| TODAY'S DATE; | 05/03/10 |
| CREDITOR: | Bank of America, N,A, |
| | Bank of America, N.A.<br>P O Box 26012<br>NC4-105-02-99<br>Greensboro NC  27420 |
| DEBTOR: | 7299<br>RITA D TISADO<br>18633 ECCLES ST<br>NORTHRIDGE, CA 91324 |
| BANKRUPTCY CASE: | 09-26129 |
| BALANCE: | $94,810.59 |