CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: ctp@lnbrb.com

Attorneys for Timothy J. Yoo
Chapter 7 Trustee

FILED & ENTERED

JUN 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KENNETH S. WONG and EMMA WONG,<br><br>Debtors. | Case No. 2:09-bk-26129-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY**<br><br>[No Hearing Required] |

     The Court, having considered the "Chapter 7 Trustee's Motion to Approve Compromise of Controversy" (the "Motion") filed by Timothy J. Yoo, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Kenneth S. Wong and Emma Wong, pursuant to Rules 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o)(1), the memorandum of points and authorities, declaration, and exhibit filed therewith, and the declaration of the Trustee's counsel certifying that it has received no objection to such Motion, and good cause appearing,

     **IT IS HEREBY ORDERED:**

     1.     The Motion is granted;

     2.     The Settlement Agreement (the "Agreement") entered into by the Trustee and Nelson Zager, Successor Trustee of the Zager Family Trust, concerning the real property located at 23405 Rice Center Road, Desert Center, California is approved; and

3.    The Trustee and Nelson Zager are authorized and directed to take any and all steps necessary to effectuate the Agreement.

PRESENTED BY:

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.


By: /S/ CARMELA T. PAGAY
      CARMELA T. PAGAY
  Attorneys for Timothy J. Yoo
      Chapter 7 Trustee

DATED: June 30, 2010

_____
United States Bankruptcy Judge

2

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-26129-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On June 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
255 E. Temple Street, #1660
Los Angeles, CA 90012

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Chapter 7 Trustee
Timothy J. Yoo
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9013-3.1**

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-26129-BR |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 15, 2010 | Katie Finn | /s/Katie Finn |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-26129-BR |

1

2  <u>Debtor</u>
   Kenneth S. Wong
3  4134 Hatfield Place
   Los Angeles, CA 90032
4
   <u>Debtor</u>
5  Emma Wong
   4134 Hatfield Place
6  Los Angeles, CA 90032

7  <u>Attorneys for Debtors</u>
   Steven Schwaber
8  2600 Mission Street, #100
   San Marino, CA 91108
9
   <u>Attorneys for Zager</u>
10 Eileen M. Horschel
   Spierer, Woodward, Corbalis & Goldberg, APC
11 707 Torrance Boulevard, Suite 200
   Redondo Beach, California  90277
12
   Christopher M. McDermott
13 Pite Duncan LLP
   4375 Jutland Drive
14 San Diego, CA 92117

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                     **F 9013-3.1**

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-26129-BR |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  June 15, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christopher M McDermott     ecfcacb@piteduncan.com
- Carmela Pagay     ctp@lnbrb.com
- Steven A Schwaber     schwaberlaw@sbcglobal.net, sasecf@gmail.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Timothy Yoo     tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Kenneth S. Wong
4134 Hatfield Place
Los Angeles, CA 90032

Debtor
Emma Wong
4134 Hatfield Place
Los Angeles, CA 90032

Attorneys for Zager
Eileen M. Horschel
Spierer, Woodward, Corbalis & Goldberg, APC
707 Torrance Boulevard, Suite 200
Redondo Beach, California  90277

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 9021-1.1**

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-26129-BR |

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9021-1.1**