CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  ctp@lnbyb.com

Attorneys for Timothy J. Yoo
Chapter 7 Trustee

FILED & ENTERED

AUG 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY oflores    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KENNETH S. WONG and EMMA WONG,<br><br>Debtors. | Case No. 2:09-bk-26129-BR<br><br>Chapter 7<br><br>**ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN REAL PROPERTY; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS; (4) FINDING PURCHASER IS A GOOD FAITH PURCHASER**<br><br>[23405 Rice Road, Desert Center, California]<br><br>Date:   August 4, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 1668<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, California |

The Motion for Order: (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions; (4) Finding Purchaser Is A Good Faith Purchaser (the "Motion"), filed by Timothy J. Yoo, the

1

Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Kenneth S. Wong and Emma Wong, came on for hearing on August 4, 2010, at 10:00 a.m., in the above-entitled Court before the Honorable Barry Russell, United States Bankruptcy Judge. Carmela T. Pagay, Esq. of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of the Trustee. Other appearances are as noted on the Court's record.

The Court, having considered the Motion, the supporting declarations and exhibits; having received no opposition to the Motion; having considered the statements of counsel, having approved the proposed overbid procedures set forth in the Motion, having overseen the overbidding for the Property, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The Trustee is authorized to sell to Maria Mouchati (the "Purchaser") for the sum of $506,000 on the terms set forth in the Motion, the estate's right, title, and interest in the vacant land located at 23405 Rice Road, Desert Center, California, APN 807-191-004 (the "Property"), which is more particularly described as follows:

Parcel 1:

Lots 1 and 2 of the Northwest Quarter of the Northeast quarter of fractional Section 31, Township 4 South, Range 16 East, San Bernardino Meridian, according to the United States Government Survey thereof.

Parcel 2:

An easement for well site over, under, along and across that portion of Parcel 32 of Parcel Map No. 15617, as shown by Parcel Map on filed in Book 83 Pages 47-50 inclusive, of Parcel Maps, records of Riverside County, California, described as follows:

Commencing at the Southwest corner of said Parcel 32; thence along the Southerly line thereof, North 88 ° 36 '15 'East 42.31 feet to the true point of beginning; thence leaving said Southerly line, North 01 ° 23 ' 45 'West, 69.80 feet; thence North 88 ° 35 ' 15 'East, 86.00 feet; thence South 01 ° 23 ' 45 'East, 69.80 feet to the Southerly line of said Parcel 32; thence along said Southerly line, South 88 ° 36 ' 15 'West, 86 feet to the True Point of Beginning.

2

3. Should the Purchaser timely fail to consummate the sale, the Trustee is authorized to sell the bankruptcy estate's right, title, and interest in the Property to Hersch and Company for the sum of $505,000 on the terms set forth in the Motion;

4. Pursuant to a Court-approved settlement agreement, the Trustee is authorized to pay the lien of Harry A. Zager and Evelyn L. Zager, Trustees of the Zager Family Trust at the close of escrow on the Property, and the sale will be free and clear of such lien;

5. The sale is "as is," "where is," without any representations or warranties whatsoever;

6. The Purchaser is a "good faith" purchaser within the meaning of 11 U.S.C. § 363(m);

7. The Trustee is authorized and empowered to execute and deliver on behalf of the estate any and all documents as reasonably may be necessary to implement the terms of the sale;

8. The Trustee is authorized to pay past due real property taxes, if any, directly from escrow on the Property;

9. The Trustee is authorized to pay the brokers' commissions (10%) directly from escrow on the Property; and

10. The Court shall retain jurisdiction to adjudicate any disputes that may arise in connection with the sale of the Property.

###

DATED: August 12, 2010

_____
United States Bankruptcy Judge

3

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtors(s). | CASE NUMBER 2:09-bk-26129-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700 Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN REAL PROPERTY; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS; (4) FINDING PURCHASER IS A GOOD FAITH PURCHASER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On August 6, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, #1660
Los Angeles, CA 90012

☒  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August __, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Chapter 7 Trustee
Timothy J. Yoo
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2010 | Katie Finn | /s/ Katie Finn |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtors(s). | CASE NUMBER 2:09-bk-26129-BR |

Debtor
Kenneth S. Wong
4134 Hatfield Place
Los Angeles, CA 90032

Debtor
Emma Wong
4134 Hatfield Place
Los Angeles, CA 90032

Attorneys for Debtors
Steven A. Schwaber
2600 Mission Street, #100
San Marino, CA 91108

Attorneys for Zager
Eileen M. Horschel
Spierer, Woodward, Corbalis & Goldberg, APC
707 Torrance Boulevard, Suite 200
Redondo Beach, California  90277

Broker for Purchaser
Bryce Kawata
Bryce & Co, Realtors
Keller Williams Realty South Bay
23670 Hawthorne Bl., Suite 100
Torrance, CA  90505

United States Trustee
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017

Mitchell H. Hersch
Hersch and Company
1900 Ave of the Stars, #2440
Los Angeles, California 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
| Debtors(s). | CASE NUMBER 2:09-bk-26129-BR |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN REAL PROPERTY; (2) APPROVING OVERBID PROCEDURE; (3) APPROVING PAYMENT OF COMMISSIONS; (4) FINDING PURCHASER IS A GOOD FAITH PURCHASER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 6, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christopher M McDermott    ecfcacb@piteduncan.com
- Carmela Pagay    ctp@lnbrb.com
- Steven A Schwaber    schwaberlaw@sbcglobal.net, sasecf@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy Yoo    tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Debtor</u>
Kenneth S. Wong
4134 Hatfield Place
Los Angeles, CA 90032

<u>Debtor</u>
Emma Wong
4134 Hatfield Place
Los Angeles, CA 90032

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re: Kenneth S. Wong and Emma Wong, | CHAPTER 7 |
|---|---|
| Debtors(s). | CASE NUMBER 2:09-bk-26129-BR |

<u>Attorneys for Zager</u>
Eileen M. Horschel
Spierer, Woodward, Corbalis & Goldberg, APC
707 Torrance Boulevard, Suite 200
Redondo Beach, California 90277

<u>Broker for Purchaser</u>
Bryce Kawata
Bryce & Co, Realtors
Keller Williams Realty South Bay
23670 Hawthorne Bl., Suite 100
Torrance, CA 90505

United States Trustee
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017

Mitchell H. Hersch
Hersch and Company
1900 Ave of the Stars, #2440
Los Angeles, California 90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**