Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

STEVEN A. SCHWABER
LAW OFFICES OF STEVEN A. SCHWABER-SBN 43678
2600 Mission Street
Suite 100
San Marino, CA 91108
626.403.5600

*ATTORNEY FOR DEBTORS/MOVANTS Kenneth Wong and Emma Wong*

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 16 2010**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** fortier     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:   KENNETH WONG AND EMMA WONG

                                                                    Debtor.

CHAPTER  7

CASE NUMBER  2:09-bk-26129-BR

(No Hearing Required)

## ORDER ON MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)

**(Creditor Name:** Nelson Zager, successor trustee of the Zager Family Trust**)**

Pursuant to 11 U.S.C. § 522(f) and Local Bankruptcy Rule 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with Local Bankruptcy Rule 9013-1(o).

2. **Hearing Information**:
   a. ☒ No hearing is required:   Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:          (2) Time:          (3) Courtroom:          (4) Judge:
      (5) The matter was  ☐ Contested  ☐ Uncontested  ☐ Settled by Stipulation  ☐ Not Prosecuted
      (6) ☐ Debtor present in Court *(Name)*:
      (7) ☐ Attorney for Debtor present in Court *(Name)*:
      (8) ☐ Attorney for Lienholder present in Court *(Name)*:
      (9) ☐ Other parties present as reflected in the Court record

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*:  4134 Hatfield Place, Los Angeles, CA 90032

   b. Legal Description *(specify)*:                                      ☐ See Attached Page
**Lot 66 of Tract No. 12234, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 327, Page(s) 14 to 19 of Maps, in the Office of the County Recorder of said County.**

Also known as 4134 Hatfield Place, Los Angeles, CA  90032
**APN: 5215 002 007**

4. Recording information regarding lien to be avoided:
   a. Date of Recordation of Lien *(specify)*: **3/21/2005**
   b. Recorder's Instrument Number or Map/Book/Page Number *(specify)*: **05-0640698** (Los Angeles County)

*(This Order is continued on next page.)*

Order on Motion to Avoid Lien (Real Property) – *Page 2*  **F 9013-1.6**

| In re  KENNETH WONG AND EMMA WONG | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER  2:09-bk-26129 BR |

5. ☒ Motion granted:
   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☒ The judicial lien is hereby declared void and unenforceable:
      (1) ☐ In its entirety
      (2) ☒ In the following amount *only*: $150,000.00_____. The balance of $146,456.49_____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:    ☐ With Prejudice    ☐ Without Prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Other *(specify)*:

7. ☐ The Court further orders as follows *(specify)*:    ☐ See Attached Page


DATED: September 16, 2010

_____
United States Bankruptcy Judge

| In re  KENNETH WONG AND EMMA WONG | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER  2:09-bk-26129 BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11684 Ventura Blvd. #403, Studio City, CA 91604

The foregoing document described **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)(Creditor Name:** Nelson Zager, successor trustee of the Zager Family Trust**)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 15, 2010** _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
255 E. Temple St., Ste. 1660
Los Angeles, CA  90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/15/10 | Mark J. Markus | /s/ Mark J. Markus |

*January 2009*    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9013-1.6**

Order on Motion to Avoid Lien (Real Property) – *Page* 3

**F 9013-1.6**

| In re  KENNETH WONG<br>AND EMMA WONG | | CHAPTER  7 |
|---|---|---|
| | Debtor. | CASE NUMBER  2:09-bk-26129 BR |

*Date*  *Type Name*  *Signature*

Order on Motion to Avoid Lien (Real Property) – Page 3      **F 9013-1.6**

| In re  KENNETH WONG AND EMMA WONG | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER  2:09-bk-26129 BR |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)(Creditor Name:**  Nelson Zager, successor trustee of the Zager Family Trust**)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  August 30, 2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

  Christopher M McDermott   ecfcacb@piteduncan.com   Carmela Pagay     ctp@lnbrb.com

  Steven A Schwaber      schwaberlaw@sbcglobal.net, bklawr@bklaw.com

  United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

  Timothy Yoo (TR)      tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:   SEE NEXT PAGE

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

| | |
|---|---|
| Order on Motion to Avoid Lien (Real Property) – *Page* 3 | **F 9013-1.6** |
| In re  KENNETH WONG<br>AND EMMA WONG<br><br>                                                              Debtor. | CHAPTER  7<br><br>CASE NUMBER  2:09-bk-26129 BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Wells Fargo Home Mortgage
P.O. Box 30427
Los Angeles, CA 90030-0427


GMAC Mortgage LLC
3451 Hammond Avenue
Waterloo, IA 50702


Nelson & Evelyn Zager/Zager Family Trust
C/O Stephen B. Goldberg, Esq.
707 Torrance Blvd., Suite 200
Redondo Beach, CA 90277-3400